UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24385-CIV-COOKE/O'SULLIVAN

SANTIAGO CHAPPOTIN,

    Plaintiff,

v.

ALPINE TOWING, INC., a Florida
Profit Corporation and
LARRY J. SARAVIA, individually

    Defendants.
_____/

## **ORDER**

THIS MATTER is before the Court following a review of the docket. This matter is set for a settlement conference on Monday, January 25, 2021. To date, the defendants have not filed a response to the Statement of Claim (DE# 12, 12/30/20). Accordingly, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the Statement of Claim (DE# 12, 12/30/20) no later than **noon** on **Friday, January 22, 2021**.

DONE AND ORDERED in Chambers at Miami, Florida, this **21st** day of January, 2021.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE