UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24385-Civ-COOKE/O'SULLIVAN

**SANTIAGO CHAPPOTIN**
on behalf of himself and all others
similarly situated,

Plaintiff,

v.

**ALPINE TOWING, INC.**, a Florida
Profit Corporation and
**LARRY J. SARAVIA**, Individually

Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before me upon Judge O'Sullivan's Report and Recommendation (the "Report") (ECF No. 21), which was issued after a settlement conference and fairness hearing with Judge O'Sullivan. *See id.* Notably, the Parties announced the terms of the settlement in open court during their Fairness Hearing with Judge O'Sullivan. *See id.* In the Report, Judge O'Sullivan recommends that the Parties' Settlement Agreement be approved. Additionally, Judge O'Sullivan advised that the Parties consented to his jurisdiction to enforce the terms of their settlement. I have reviewed Judge O'Sullivan's Report as well as the record in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Court **ADOPTS** Judge O'Sullivan's Report and Recommendation (ECF No. 21).
2. The Court **APPROVES** the Parties' Settlement Agreement.
3. This case is **DISMISSED** *with prejudice*. The Court shall retain jurisdiction, until Monday, March 8, 2021, to enforce the terms of the Parties' Settlement Agreement.

4. The Clerk of Court is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 2nd day of March 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:

*The Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of Record*